FILED

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0423

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No.  DA 20-0423_____

STATE OF MONTANA )
)
        Plaintiff and Appellee, )
)
   vs. )
)
RICHARD EDWARD ADSIT, JR., )
)
        Defendant and Appellant. )
)

**ORDER GRANTING MOTION FOR EXTENSION**
_____

On Appeal from the Montana Tenth Judicial District Court,
Cascade County, Cause No. DC-23-2018-07
_____

Upon consideration of the Appellant's Motion for Extension and good cause appearing:

IT IS HEREBY ORDERED that the Appellant's Opening Brief shall be filed with the court on or before March 5, 2021.

DATED this ____ day of _____, 2021.


_____
Montana Supreme Court

Order Granting Motion for Extension - 1

cc: Meghan Lulf Sutton, Attorney for Appellant
Montana Attorney General Office, Tammy Plubell
Heather Perry, Judith Basin County Attorney
Tenth Judicial District Court, Judith Basin County
Hon. Jon A. Oldenburg

Order Granting Motion for Extension - 2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 29 2021